UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KRANE DISTRIBUTION LLC,<br><br>                                    Plaintiff,<br><br>           -against-<br><br>HARVEST GLOBAL INVESTMENTS, LTD. and<br>HARVEST FUND MANAGEMENT, LTD.,<br><br>                                    Defendants. | Case No. 14-cv-3589 (NRB) (FM)<br><br>**FED. R. CIV. P. 7.1**<br>**DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1., Harvest Fund Management, Ltd. ("HFM"), hereby states, by and through its undersigned counsel, and to enable District Judges and Magistrate Judges of this Court to evaluate possible disqualification or recusal, that no publicly held corporation owns 10% or more of HFM's stock.

Dated:  New York, New York
           April 14, 2015

Respectfully submitted,

OBERDIER RESSMEYER LLP

By: ___/s/ Carl W. Oberdier___
     Carl W. Oberdier
     cwo@oberdier.com
     Kellen G. Ressmeyer
     kgr@oberdier.com
655 Third Avenue, 28th Floor
New York, New York 10017
Tel:  (212) 659-5141
Fax: (646) 349-4925

*Counsel for Defendant Harvest Fund Management, Ltd.*